UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ESTRADA-CONTRERAS, MAURICIO ESTRADA-MUNOZ, and MIGUEL ORTEGA-ESTRADA<br><br>Defendant. | Case No. CR17-301RSL<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on the government's motion for a protective order. Dkt. # 44. The government seeks a protective order shielding certain material involving witnesses' names and identifying information. Two of the defendants do not agree to the motion. Federal Rule of Criminal Procedure 16(d) provides that the Court may deny, restrict, or defer discovery for good cause shown. The protective order the government seeks goes beyond measures the Court has taken for similar cases in the past, and the government's motion does not describe with particularity the reasons this case merits a protective order. The Court accordingly DENIES the motion without prejudice. The government is welcome to seek a protective order upon a greater showing of why it is warranted in this specific case.

ORDER DENYING WITHOUT PREJUDICE MOTION FOR PROTECTIVE ORDER - 1

Dated this 2nd day of March, 2018.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER DENYING WITHOUT PREJUDICE MOTION FOR PROTECTIVE ORDER - 2