UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ESTRADA-CONTRERAS,<br>MAURICIO ESTRADA-MUNOZ, and<br>MIGUEL ORTEGA-ESTRADA<br><br>Defendants. | Case No. CR17-301RSL<br><br>ORDER DENYING MOTION<br>TO COMPEL DISCOVERY |

This matter comes before the Court on defendant Miguel Ortega-Estrada's motion to compel discovery, Dkt. # 50, in which defendant Jesus Estrada-Contreras joins, Dkt. # 52. The motion mostly covers material related to a confidential source whose identity the government seeks to keep confidential. The Court's recently entered Discovery Protective Order, Dkt. # 55, will enable the government to produce most of the disputed material that defendants seek. In addition, the motion seeks translations and transcripts of certain phone calls made by Mr. Ortega-Estrada from the Federal Detention Center, SeaTac. Dkt. # 50 at 3–4. Instead of seeking translations and transcripts from the government, defendants may apply to the Court for the resources necessary to create the translations and transcripts pursuant to the Criminal Justice Act (CJA), 18 U.S.C. § 3006A. The request is DENIED without prejudice to any future requests seeking CJA-funded translations and transcripts of the phone calls.

ORDER DENYING MOTION TO COMPEL DISCOVERY - 1

1       DATED this 10th day of April, 2018.

                                                     /s/ Robert S. Lasnik
                                             Robert S. Lasnik
                                             United States District Judge

ORDER DENYING MOTION TO COMPEL DISCOVERY - 2